UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

* * * * * * * * *

| | |
|---|---|
| TRUSTEES FOR THE MICHIGAN CARPENTERS' COUNCIL PENSION FUND, TRUSTEES FOR THE MICHIGAN CARPENTERS' COUNCIL HEALTH AND WELFARE FUND, TRUSTEES FOR THE MICHIGAN CARPENTERS' COUNCIL APPRENTICESHIP AND TRAINING FUND, TRUSTEES FOR THE MICHIGAN CARPENTERS' COUNCIL ANNUITY FUND,<br><br>        Plaintiffs,<br><br>v<br><br>COMMERCIAL STORE FIXTURE CORPORATION, a Michigan Corporation, d/b/a COMMERCIAL STORE FIXTURE & CONSTRUCTION CORPORATION, and COMMERCIAL MILLWORK AND INTERIORS CORPORATION, a Michigan Corporation,<br><br>        Defendants.<br>_____/ | Docket No.: 4:05 cv 28<br><br>Honorable Richard Alan Enslen<br>U.S. District Judge |

SCOTT GRAHAM
SUZANNE KLEIN
Howard & Howard Attorneys, P.C.
Attorneys for Plaintiffs
151 South Rose Street, Suite 800
Kalamazoo, Michigan 49007
(269) 382-1483

STEVEN C. BERRY
Bigler, Berry, Johnston, Sztykiel & Hunt, P.C.
Attorneys for Defendant Commercial Millwork and Interiors Corporation
8436 Homestead, Suite 210
Zeeland, Michigan 49464
(616) 772-6591
_____/

## DEFAULT JUDGMENT AGAINST COMMERCIAL STORE FIXTURE CORPORATION

At said session of the
United States District Court for the Western District of Michigan
held on the 4th day of August, 2005

PRESENT:  HONORABLE RICHARD ALLEN ENSLEN
UNITED STATES DISTRICT JUDGE

It appearing from the files and records that an Affidavit for Entry of Default and Entry of

Default have been duly filed and that the Defendant having failed to appear in this matter through

counsel by Friday, May 20, 2005, as ordered by this Court on May 4, 2005 and the Court having reviewed the Motion for Entry of Judgment submitted by the Plaintiffs, and the Plaintiffs' Complaint being for a sum certain, and the Court having determined that Plaintiffs are entitled to the relief requested, including liquidated damages, attorney fees and costs pursuant to 29 U.S.C. § 1132(g)(2)(D), and the Court being fully advised in the premises:

**NOW THEREFORE, IT IS ORDERED AND ADJUDGED** that a Default Judgment enters this day in favor of Plaintiffs and against Defendant Commercial Store Fixture Corporation, in the amount of Twenty Thousand Four Hundred Forty-Four and 82/100 Dollars ($20,444.82).

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs are entitled to an award of attorney fees and costs incurred in this action and in the action against Commercial Store Fixture Corporation. Plaintiffs shall have fourteen (14) days in which to submit a verified request for attorney fees and costs, which shall be evaluated pursuant to the "Lodestar" method of calculation described by the Sixth Circuit Court of Appeals in <u>Building Service Local 47 Cleaning Contractors Pension Plan, et al., v. Grandview Raceway, et al.</u>, 46 F.3d 1392 (6th Cir. 1995).

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs are entitled to an award of reasonable attorney fees and costs in enforcing the terms of the Default Judgment.

                                                /s/ Richard A. Enslen
                                                Honorable Richard A. Enslen
                                                U.S. District Judge